IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHERYL SHERRY ANN MARTIN** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:17-CV-992-L** |
| § | |
| **TRUMP, DEM[O]CRATS, AND** § | |
| **REPUBLICANS,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff's Complaint (Doc. 2), filed April 7, 2017. On May 16, 2017, Magistrate Judge Paul D. Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that pursuant to Federal Rule of Civil Procedure 41(b), the court dismiss Plaintiff's Complaint for want of prosecution. No objections were filed to the report. Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for failure to prosecute and comply with a court order.

**It is so ordered** this 12th day of October, 2017.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**